Form NMDap

# UNITED STATES BANKRUPTCY COURT
*for the*
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re: ,<br>    Debtor(s). | Case No.:<br><br>Chapter: |
| Mustafa Azim ,<br>    Plaintiff(s) | Adversary No. 19−01037 |
| vs. | |
| U.S. Bank National Association ,<br>    Defendant(s). | |

## ORDER AND NOTICE OF MISSING DOCUMENTS
## OR UNPAID FEES IN ADVERSARY PROCEEDING

    According to the court's records, at the time of filing the complaint on 10/24/19, it appears that the above−named Plaintiff(s) did not file the required documents or, if applicable, pay the appropriate filing fee as indicated below:

☑ Adversary Cover Sheet

☐ Failure to Pay Filing Fee of $350.00

☐ Other:

    IT IS ORDERED that the Plaintiff(s) file the documents and/or pay the required filing fee within fourteen (14) days. Failure to comply within 14 days could result in the complaint being dismissed for lack of prosecution.

Dated: <u>10/24/19</u>                  By the Court:

                                                Roger L. Efremsky
                                                United States Bankruptcy Judge